**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

CALL 4 HEALTH, INC.,

    Plaintiff,

v.

SEQUENCE HEALTH, LLC,

    Defendants.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, CALL 4 HEALTH, INC. ("Call4Health" or "Plaintiff") a Florida Profit Corporation, by and through undersigned counsel, hereby files this Complaint and Demand for Jury Trial against SEQUENCE HEALTH, LLC. ("Sequence" or "Defendant") a Delaware Profit Corporation, and in support thereof states:

**I.     INTRODUCTION**

This is a civil action seeking damages relief from an infringement upon Call4Health's trademark rights by Sequence, in violation of the Lanham Act. Call4Health is a business that assists healthcare providers by creating tailored approaches to increase the efficiency of client interaction, providing services ranging from triage services to patient appointment scheduling. Call4Health has been successful by not only marketing its name in a manner that is suggestive to the service it provides, but also by pairing its descriptive name with a fanciful heart design indicative of good health. Sequence is a direct competitor of Call4Health, and provides the same services, utilizes similar advertising methods, the same trade channels, and customer base.

Upon a Google search of its own business' name "Call 4 Health", Call4Health discovered that Sequence had paid Google to display the words "Call 4 Health" as a clickable link, that when interacted with, would redirect customers to the company website of Sequence. The paid for Google ad would also ensure that the intentionally misleading link would appear systematically as the primary search result, appearing at the top of the search page results, even above that of the rightful and registered company, Call4Health. The marketing strategy of Sequence derived and defraud the consuming public, targeting the customers of Call4Healths. Upon discovery of the blatant infringement of Call4Health's registered trademark rights, Call4Health contacted Sequence to demand an immediate cease to such advertisement. Call4Health, unaware of how long and of how many customers that Sequence had deceitfully redirected to its own website and amount of dishonestly acquired profits, now seeks to enforce its rights and recover any wrongfully taken profits.

## II.   PARTIES, JURISDICTION, AND VENUE

1. At all times material hereto, Plaintiff was and is a Florida for Profit Corporation duly registered and authorized to do business throughout the State of Florida with its principal address located in Delray Florida.

2. At all times material hereto, Defendant was and is a Delaware Corporation, that has availed itself of the jurisdiction of Florida.

3. Defendant conducts business in Florida, targets clients in Florida, and/or has substantial activity within the state of Florida. This includes, but is not limited to, maintaining a presence of business development through its Senior Vice President of Business Development in Florida, and registering with the Florida Department of Corporations, with a registered agent location of Plantation, Florida (now revoked for annual report).

4. The cause of action arises from the Defendant's activities in Florida, including redirecting Florida business' clients to its own company.

5. Defendant's conduct and connection with Florida is such that it could reasonably anticipate being subject to Florida's judicial system.

6. Venue is proper in the United States District Court for the Southern District of Florida under 28 U.S.C.S. § 1391(b)(2), because it is where the cause of action accrued, substantial parts of the events or omissions giving rise to the claim occurred, and where many of the witnesses reside and/or do business.

7. This Court has subject matter jurisdiction under 28 U.S.C. § 1338(a) because this case is a civil action arising from a trademark infringement.

### III.     GENERAL ALLEGATIONS

8. Call4Health provides a wide range of HIPAA-compliant services that are tailored to meet the needs of healthcare providers such as providing medical answering services, telephone nurse triage services, patient access scheduling, and many other relations services.

9. Call4Health is the owner of US Trademark Registration No. 3,374,785 for the trademark CALL 4 HEALTH & Design ("Trademark") since January 28, 2008 and has the exclusive right to utilize said Trademark.

10. A copy of Plaintiff's Trademark Registration is attached hereto as Schedule A to **Exhibit "A"**.

11. Call4Health has been utilizing the Trademark since prior to 2005, which predates any use by Sequence Health.  *See* **Exhibit "A"**.

12. Call4Health discovered on or about June 2025, that Sequence paid Google Ads to use a clickable link, also referred to as a title tag, that read as: "CALL 4 HEALTH" in order to redirect Call4Health customers to the website of Sequence Health. *See* **Exhibit "A"**.

13. Sequence intentionally chose the specific keywords "CALL 4 HEALTH" for its Google Ads, which is the phrase that triggers the Sequence ads to appear to Call4Health's customer base.

14. When Sequence paid for its Google Ads, Sequence intentionally chose an ad campaign type, which allowed Sequence to select where the misleading ad would show, and allowed Sequence to specifically target locations, including but not limited to Florida customers.

15. The title tag, which acts as a main headline for a webpage, influenced user clicks and ranking for Sequence's webpage www.sequencehealth.com. *See* Schedule B to **Exhibit "A".**

16. Sequence directed and/or had knowledge of the use of the Call4Health Trademark when it selected to use the title tag "CALL 4 HEALTH" for its sponsored Google Ad in order to sell and market Sequence services on the internet, including but not limited to customers in Florida.

17. The title tag "CALL 4 HEALTH" used by Sequence is likely to cause confusion among consumers regarding the source, sponsorship, or affiliation of the services being offered because of the resemblance between the title tag and Call4Health's Trademark.

18. Sequence's use of the "CALL 4 HEALTH" title tag was unauthorized and an infringement on Call4Health's Trademark rights.

19. On or about July 22, 2025, Call4Health sent formal notice to Sequence advising them to immediately cease using the Trademark, because an appreciable number of consumers mistakenly believe that Call4Health's services are associated with or licensed by Sequence Health. *See* **Exhibit "A"**.

20. Sequence has committed trademark infringement under the Lanham Act, 15 U.S.C. § 1051.

21. The Lanham Act, 15 USCS § 1125, prohibits false designation of origin, false descriptions, and dilution of trademarks in commerce, as well as preventing cyberpiracy by allowing a civil action be brought under the following conditions:

> (a) Civil action.
> (1) Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which—
> (A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or
> (B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities,
> shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

22. The trademark of Call4Health, is a descriptive name that simultaneously suggests the services it offers, combined with a fanciful heart symbol arbitrarily colored. *See* **Exhibit "A".**

23. Sequence utilized an infringing mark of "Call 4 Health" which is identical to the Trademark Call 4 Health. *See* **Exhibit "A"**.

24. Call4Health and Sequence offer the same services, which is assisting healthcare providers by providing tailored services ranging from nurse hotlines, triage services, patient appointment scheduling, depending on the healthcare provider's needs. *See* **Exhibit "A"**.

25. Call4Health and Sequence have the same customer base, healthcare providers, and utilize the same trade channels, providing similar paths through which their services move from the healthcare provider to the patient, either digitally or telephonically.

26. Call4Health and Sequence utilize the same advertising methods, including online marketing through search engines and websites. *See* **Exhibit "A"**.

27. Sequence intentionally infringed upon the trademark rights of Call4Health when it paid Google to specifically advertise its services with the title tag "Call 4 Health", that created confusion among customers and the general public searching for Call4Health's services. *See* **Exhibit "A"**.

28. The consuming public was deeply confused when they searched for Call4Health services, and the title tag "Call 4 Health" was displayed, and redirected an unknown number of customers to the website of Sequence.

29. Sequence has likewise violated The Florida Deceptive and Unfair Trade Practices Act (FDUTPA) as codified in Florida Statute § 501.201.

30. Florida Statute § 501.204 provides the following as unlawful acts and practices:

> (1) Unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce are hereby declared unlawful.
> (2) It is the intent of the Legislature that, in construing subsection (1), due consideration and great weight shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to s. 5(a)(1) of the Federal Trade Commission Act, 15 U.S.C. s. 45(a)(1) as of July 1, 2017.

31. Engaging in trademark infringement is an unfair and deceptive trade practice that constitutes a violation of Florida Statute § 501.204(1). *Tracfone Wireless, Inc. v. Cabrera*, 883 F.Supp. 2d 1220, 1227 (S.D. Fla. 2012).

32. Sequence violated Florida Statute § 501.204 by deceiving unsuspecting customers that clicked on the "Call 4 Health" title tag to believe that they were being directed to Call4Health or an affiliate thereof, when they were actually being redirected to Sequence's website.

33. Sequence violated Florida Statute § 501.204 because it paid Google Ads to specifically use and display the title tag "Call 4 Health" which mislead Call4Health customers and the general public, to believe that Sequence was an authorized and affiliated company of Call4Health.

34. Call4Health has retained the undersigned law firm and agreed to pay the firm a reasonable fee for its services and is entitled to recover from Sequence its reasonable attorneys' fees and costs incurred to enforce its rights in accordance with this action.

## COUNT I
## Trademark Infringement

35.  Call4Health incorporates and re-alleges the allegations contained in paragraphs 8 through 28 above, as if fully set forth herein.

36.  Call4Health maintains ownership of and the exclusive right to use the Trademark.  *See* **Exhibit "A"**.

37. Call4Health has used the Trademark in commerce, commencing prior to 2005 and prior to any use by Sequence.  *See* **Exhibit "A"**.

38. Sequence used an identical or confusingly similar mark to Call4Health's Trademark, to advertise for its company.

39. Sequence's use of the identical or confusingly similar mark was without the permission of Call4Health.

40. Sequence's use of the identical or confusingly similar mark is likely to, and already has, caused confusion among consumers regarding the source, sponsorship or affiliation of the services offered by Sequence versus Call4Health.

41. Call4Health has been damaged from the infringement in the form of loss profits among other damages.

WHEREFORE, Plaintiff, Call4Health demands judgment against Defendant, for actual damages and/or statutory damages, disgorgement of Defendant's respective profits, together with an award of interest, costs and attorneys' fees as pursuant to 15 U.S.C. § 1117, and applicable governing law, as well as any other and further relief as this Court deems just and proper.

## COUNT II
### Violation of Florida Deceptive and Unfair Trade Practices Act

42. Plaintiff incorporates and re-alleges the allegations contained in paragraphs 8 through 21 and 23-33, above, as if fully set forth herein.

43. Sequence committed a deceptive and unfair practice when it used the Trademark or a substantially similar mark, of Call4Health as an online advertising method to attract and obtain customers. *See* **Exhibit "A"**.

44. Because the online advertising method as used by Sequence, is identical to Call4Health's Trademark, customers were misled to believe that when they clicked on a link titled "Call 4 Health" they were being redirected to a business that was, or was affiliated with Call4Health.

45. Sequence's deceptive online advertising caused Call4Health's customers to be redirected to its competitor, Sequence, leading to loss of profits and/advertising.

46. Call4Health has been damaged, by among other things, loss of profits, and incurrence of fees to enforce its rights pursuant to its registered Trademark.

WHEREFORE, Plaintiff, Call4Health demands judgment against Defendant, for actual damages, disgorgement of Defendant's respective profits, together with an award of interest, costs and attorneys' fees as pursuant to applicable governing law, as well as any other and further relief as this Court deems just and proper.

**Demand for Jury Trial**

The Plaintiff demands a Jury Trial on all issues so triable.

September 5, 2025

By: Adrian J. Alvarez, Esq.
Florida Bar No. 0040565
**DE BIASE | ALVAREZ**
595 S. Federal Hwy., Ste. 620
Boca Raton, Florida 33432
Office Phone: (561) 560-3222
Mobile Phone: (305) 562-8859
Email: adrian@dbaalaw.com